# TRUSTEE'S FINDINGS OF FACT AND SUMMARY OF 341 MEETING –02/11/10

DEBTOR: William P Franchuk   BK. # 09-23147

ATTORNEY: George Mitris, Esq.

I. PLAN FILED DATE: November 25, 2009

   A. Payments:  $ 93   per biweekly by wage order
                     $2418  annually

   B. Repayment:
| | | |
|---|---|---|
| To secured creditors | $ 800 | with interest $911 |
| To priority creditors | $ 2,100 | |
| To unsecured creditors | $ 8,354 | est. 27 % |
| Total unsecured debt | $ 30,581 | |
| Duration of Plan | 5 | years |
| Total Indebtedness | $200,316 | including mortgages |

   C. Classification of unsecured creditors: *Not applicable*
        Class 1:       % $
        Class 2:   est  % $
        Class 3    est  % $

   D. Rejection of executory contracts:

   E. Other:

II. FEASIBILITY:
| | | | | |
|---|---|---|---|---|
| Monthly Income | $5068.73 | (net) | $6212.56 | (gross) |
| Less Estimated Expenses | $4871.00 | | | |
| Excess for Wage Plan | $ 197.73 | | | |

PAYMENTS ARE   ADEQUATE TO EXECUTE PLAN.

III. VALUATION OF SECURED CLAIMS AND LEASE ARREARS:
    Interest rate unless otherwise stated: 6.25 %

| Name of Creditor | Amount of Claim | Security Claimed | Perfected | Plan Valuation | Monthly Payment |
|---|---|---|---|---|---|
| Wells Fargo | $ 2,725 | Furniture | Yes | $800 | $16 |
| BAC | $166,835 | Mortgage | Yes | Surrender | |

IV.  BEST INTEREST OF CREDITORS TEST:
  A. All assets were listed.
  B. Total market value of assets: $178,463
      Less valid liens          $162,750
      Less exempt property      $ 11,830
      (Available for judgment liens)  $ (    )
      Subtotal                  $ 3,883
      Less est. Chapter 7 fees  $   971
  C. Total available in liquidation          $2912
  D. Best interests including present value  $3634
      Less priority claims                   $2100
      (Support $           )
  E. Amount due to unsecured                 $1534
  F. Amount to be distributed to unsecured creditors  $8354
  G. Nature of major non-exempt assets:

V.  OTHER:
  A. Debtor(s) states that the plan is proposed in good faith with intent to comply with the law.
  B. Debtor(s) states that to the best of its knowledge there are no circumstances that would affect the ability to make the payments under the plan.
  C. (If a business) The Trustee has investigated matters before him relative to the condition of debtor's business, and has not discovered any actionable causes concerning fraud, dishonesty, incompetence, misconduct, mismanagement or irregularities in managing said business.
  D. Objections to Confirmation: None
  E. Debtor requests no wage order because: ☐ disability or retirement, ☐ self employed, ☐ risk of job loss, ☐ other
  F. Other comments:
      ☐ risk factor 3 because of prior bankruptcies
      ☐ need judgments removed          ☐ need mortgages eliminated
      ☐ need appraisals of              ☐ need motions to value collateral
      ☐ must notify creditors of lower plan payment
      ☐ must notify secured creditor of lower collateral value or monthly payment
      ☒ need certification of post confirmation DSO payments.
      ☐ need proof of surrender efforts
      ☐ other:
  G. Converted from Chapter 7 because: Not Applicable

VI.  RECOMMENDATION:
  The Trustee recommends that this Plan be confirmed.

ATTORNEY'S FEES: $3100

  Additional fees
  Anticipated?    $

/S/_____
GEORGE M. REIBER, TRUSTEE